**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edna M. Sanchez             CHAPTER 13
<u>Debtor</u>

BKY. NO. 16-18737 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Midland Mortgage as Servicer for MidFirst Bank, and index same on the master mailing list.

                                                                 Respectfully submitted,

                                                                 **/s/Brian C. Nicholas, Esquire**
                                                                 Brian C. Nicholas, Esquire
                                                                 KML Law Group, P.C.
                                                                 701 Market Street, Suite 5000
                                                                 Philadelphia, PA 19106-1532
                                                                 (215) 627-1322 FAX (215) 627-7734