IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                        :
                                              :        In Chapter 13
    EDNA M. SANCHEZ                           :
                                              :        Bankruptcy No. 16-18737 (AMC)
                              Debtor.         :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13

Plan (Document #22) which was filed on August 3, 2017.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 7, 2017          By: */s/ Pamela Elchert Thurmond*
                                    PAMELA ELCHERT THURMOND
                                    Deputy City Solicitor
                                    PA Attorney I.D. 202504
                                    Attorney for the City of Philadelphia
                                    City of Philadelphia Law Department
                                    Municipal Services Building
                                    1401 JFK Boulevard, 5th Floor
                                    Philadelphia, PA  19102-1595
                                    215-686-0508 (phone)
                                    Email: Pamela.Thurmond@phila.gov