United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18737-amc
Edna M. Sanchez                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 1              Date Rcvd: Aug 09, 2017
                               Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db             #+Edna M. Sanchez,    1133 Brill Street,    Philadelphia, PA 19124-1116
                +MarsCare,   Payroll Controller,    743 N. 24th Street,    Philadelphia, PA 19130-2539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2017 01:25:44      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Edna M. Sanchez dmo160west@gmail.com,
               davidoffenecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               : Chapter 13

Edna M Sanchez                       : Case No. 16-18737-AMC
xxx-xx-5124

         Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$187.50 EVERY TWO WEEKS for 1 MONTH
then $270.00 EVERY TWO WEEKS

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

_____
HONORABLE ASHELY M. CHAN
DATED: **August 9, 2017**    UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:              David M. Offen Esq.
William C. Miller, Trustee           Suite 160 West, Curtis Ctr.
P.O. Box 1799                        Philadelphia, PA 19106
Memphis, TN  38101-1799              (215) 625-9600

Payroll Controller
Marscare
743 N. 24th Street
Philadelphia, PA 19130