United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 16-18737-amc
Edna M. Sanchez                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: John            Page 1 of 1         Date Rcvd: Nov 20, 2017
                           Form ID: pdf900        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
```
db              #+Edna M. Sanchez,    1133 Brill Street,    Philadelphia, PA 19124-1116
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2017 01:41:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                          TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
```
         BRIAN CRAIG NICHOLAS    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         DAVID M. OFFEN    on behalf of Debtor Edna M. Sanchez dmo160west@gmail.com,
          davidoffenecf@gmail.com
         MATTEO SAMUEL WEINER    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
         PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
          james.feighan@phila.gov
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                  TOTAL: 6
```

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Edna M. Sanchez          )      Chapter 13
                                  )
         Debtor                   )      16-18737-AMC
                                  )
                                  )

ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for

Approval of Counsel Fees submitted by David M. Offen, Attorney

for the Debtor, and upon notice and certification of no objection

it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the

balance in the amount of $3,490.00 shall be paid by the Chapter

13 Trustee to the extent there are funds available and consistent

with the terms of the confirmed plan.

**November 20, 2017**
_____                  _____
DATED:                           HONORABLE ASHELY M. CHAN
                                 UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire