# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDNA M. SANCHEZ                     Chapter 13

           Debtor              Bankruptcy No. 16-18737-AMC

## Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this  25th  day of  June , 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
EDNA M. SANCHEZ

1133 BRILL STREET

PHILADELPHIA, PA 19124