United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-18737-amc
Edna M. Sanchez                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John           Page 1 of 2          Date Rcvd: Jun 25, 2018
                             Form ID: pdf900       Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db            #+Edna M. Sanchez,    1133 Brill Street,    Philadelphia, PA 19124-1116
13839944       +Central Financial Control,    Po Box 66044,    Anaheim, CA 92816-6044
13839947       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13862995       +MIDFIRST BANK,    c/o BRIAN CRAIG NICHOLAS,    KML Law Group PC,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13839948       +Macys/DSNB,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13912770       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13839949       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                Oklahoma City, OK 73126-0648
13839952       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                Philadelphia, PA 19122-2806
13839954       +U.S. Department of Housing and Urban Dev,    451 7th Street S.W.,    Washington, DC 20410-0002
13922947        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
13839955       +Us Dept Ed,    Po Box 1030,    Coraopolis, PA 15108-6030
13839953        philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 26 2018 02:15:02     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2018 02:14:30
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 26 2018 02:14:51     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jun 26 2018 02:15:02     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13899940        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2018 02:28:45
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13839945        E-mail/Text: megan.harper@phila.gov Jun 26 2018 02:15:03     City of Philadelphia,
                Dept. of Revenue - Water Revenue Bureau,    1401 John F. Kennedy Blvd.,
                Philadelphia, PA 19102
13839946        E-mail/Text: megan.harper@phila.gov Jun 26 2018 02:15:03     City of Philadelphia - Law Dept.,
                One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
13931799       +E-mail/Text: megan.harper@phila.gov Jun 26 2018 02:15:02
                City of Philadelphia Law Department, Tax Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1640
13872007        E-mail/PDF: pa_dc_claims@navient.com Jun 26 2018 02:28:35     NAVIENT ED TRUST,
                C/O Navient Solutions, Inc.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
13839950       +E-mail/PDF: pa_dc_claims@navient.com Jun 26 2018 02:28:44     Navient,    Attn: Claims Dept,
                Po Box 9500,    Wilkes-Barr, PA 18773-9500
13873106       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 26 2018 02:14:16     PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13839951       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 26 2018 02:14:16     Peco Energy,
                2301 Market Street,    Philadelphia, PA 19103-1380
13839957        E-mail/Text: megan.harper@phila.gov Jun 26 2018 02:15:02     Water Revenue Bureau,
                1401 JFK Blvd.,    Philadelphia, PA 19102-1663
13906414       +E-mail/Text: Info@williamsonandbrown.com Jun 26 2018 02:16:24     Williamson and Brown LLC,
                4691 Clifton Parkway,    Hamburg, NY 14075-3201
                                                                                    TOTAL: 14


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13839956*      +Us Dept Ed,    Po Box 1030,    Coraopolis, PA 15108-6030
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: John            Page 2 of 2            Date Rcvd: Jun 25, 2018
                              Form ID: pdf900        Total Noticed: 26
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Edna M. Sanchez dmo160west@gmail.com,
           davidoffenecf@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDNA M. SANCHEZ                                          Chapter 13

Debtor                                          Bankruptcy No. 16-18737-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___25th_____ day of ___June_____, 201_8_, upon consideration of the Motion
to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that
counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated
(if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
EDNA M. SANCHEZ

1133 BRILL STREET

PHILADELPHIA, PA 19124